Case 4:21-cv-00310   Document 26   Filed on 06/03/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| George Gandar,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action H-21-310 |
| Werner Enterprises, Inc.,<br>    Defendant. | § § § | |

## ORDER ON SETTLEMENT

Plaintiff George Gandar and Defendant Werner Enterprises, Inc., mediated this case and entered into a written "Mediation Settlement Agreement." ECF No. 25 (the Agreement) (sealed). Gandar signed the agreement, as did counsel for Werner Enterprises. The agreement contemplates, among other things, that Gandar will release Werner Enterprises from liability and that Werner Enterprises will make a monetary payment to Gandar. The agreement also contemplated that the Bankruptcy Court would have to approve the settlement.

The Bankruptcy Court has approved the settlement. At a hearing on June 3, 2022, counsel for both parties confirmed that the Agreement is a valid, enforceable, and binding contract. Because the case has been settled, the court dismisses it with prejudice under the terms of the settlement agreement and retains jurisdiction to enforce the settlement.

Plaintiff Gandar has until June 10, 2022, to sign the release. If Plaintiff fails to comply, Defendant may file a motion to enforce the settlement agreement.

Signed at Houston, Texas, on June 3, 2022.

_____
Peter Bray
United States Magistrate Judge